NO. SCWC-11-0000595

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

CHEYNE DE LA GARZA,
Petitioner/Defendant-Appellant,

vs.

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CR NO. 08-0421(4); S.P.P. No. 10-1-0021(4))

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Petitioner/Defendant-Appellant Cheyne De La Garza's application for writ of certiorari, filed on September 10, 2012, is hereby accepted.

IT IS FURTHER ORDERED, that no oral argument will be heard in this case. Any party may, within ten (10) days and pursuant to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawaiʻi, October 19, 2012.

Cheyne De La Garza,
petitioner pro se

John D. Kim and
Artemio C. Baxa,
for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

